FREDERICK A. BLACK
United States Attorney
JOSEPH F. WILSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 02-000 86 RSN |
| Plaintiff, | |
| vs. | **APPLICATION AND ORDER TO SEAL RECORD** |
| DAVINA LUJAN, | |
| Defendant. | |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 8TH day of November, 2002.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH F. WILSON
Assistant U.S. Attorney

IT IS SO ORDERED this 12th day of November, 2002.

_____
ALEX R. MUNSON
Designated Judge
District Court of Guam