Dlujanstp

FREDERICK A. BLACK
United States Attorney
JOSEPH F. WILSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 12 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 02-00086 |
| Plaintiff. | ) **STIPULATIONS AND COURT ORDER** |
| vs. | ) |
| DAVINA M. LUJAN, | ) |
| Defendant. | ) |

The United States Attorney represented by Joseph F. Wilson and the defendant, Davina M. Lujan, represented by Curtis Van de Veld, stipulate to the following:

1. Defendant Davina M. Lujan shall be released on her own recognizance, and her passport shall be surrendered to the Federal Bureau of Investigation. Davina M. Lujan shall remain in the District of Guam absent future order of the court.

2. The defendant Davina M. Lujan, shall appear in the District Court of Guam before the Honorable John S. Unpingco, on the 13th day of November, 2002, at 5:30 p.m. for initial appearance and she waives any right to appear in court before that time.

3. The complaint and arrest warrant shall be filed under seal on the 12th [JFW] day of November, 2002, and defendant Davina M. Lujan waives any right she has to have these documents filed before this date. The court order below and any and all other documents pertaining to this case, shall also be filed under seal on the 12th [JFW] day of November, 2002.

IT IS SO STIPULATED.

08 NOV 02
Date

CURTIS VAN DE VELD
Attorney for Defendant

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

11/8/02
Date

JOSEPH F. WILSON
Assistant U.S. Attorney

* * * * * O R D E R * * * * *

Based on the above stipulations of the parties, the Court incorporates the above stipulations and hereby orders them as written.

IT IS SO ORDERED this 12th day of November, 2002.

~~ALEX R. MUNSON~~ JOHN S. UNPINGCO
~~Designated Judge~~ JUDGE
District Court of Guam