FILED
DISTRICT COURT OF GUAM
NOV 12 2002
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

November 8, 2002
4:10 p.m.

## UNITED STATES OF AMERICA -V- DAVINA M. LUJAN

PRESENT: HON. ALEX R. MUNSON, Designated Judge Presiding
SANAE SHMULL, Court Reporter
K. LYNN LEMIEUX, Courtroom Deputy
CURTIS VAN DE VELD, Attorney for Defendant (via phone)
JOSEPH WILSON, AUSA (via phone)
DAVINA M. LUJAN, Defendant (via phone)

PROCEEDINGS: BAIL HEARING

Defendant appeared with counsel, Attorney Curtis Van De Veld (via phone). Government was represented by Joseph Wilson, AUSA (via phone).

Court, after reading the stipulation filed by the parties, incorporated the stipulations and ordered them as written.

Further, the Clerk was instructed to file the same by faxing the document to Rosita San Nicolas after 1:00 p.m. on November 12, 2002.

Adjourned at 4:15 p.m.

K. Lynn Lemieux, Courtroom Deputy