FILED
DISTRICT COURT OF GUAM
NOV 12 2002
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVINA LUJAN,<br><br>    Defendant. | Criminal Case No. 02-00086 rsw<br><br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE    ( ) PRELIMINARY PRETRIAL CONFERENCE

( ) FINAL PRETRIAL CONFERENCE    (√) OTHER
                                                        November 12, 2002 at 10:00 a.m.

**Note(s)**: Attorney Joe Wilson and Special Agent, Vince Lemon appeared. Because Curtis C. Van de Veld, counsel for the defendant was detained in Superior Court of Guam proceedings, he instructed Mr. Wilson to meet with the Court without him. Thereafter, Mr. Wilson was to debrief Mr. Van de Veld as to the contents of the meeting. Given the high sensitivity of the case, the substance of the meeting concerned the logistics of getting the defendant in and out of the courthouse with the maximum amount of privacy. In addition, there was discussion regarding the need for the maximum amount of confidentiality of the Court proceedings. Accordingly, the Court agreed that the proceedings would be conducted November 13, 2002, after normal business hours with the minimum number of court personnel present to assist in the proceedings. The Court instructed counsel that any documents counsel

Case 1:02-cr-00086    Document 5    Filed 11/12/2002    Page 1 of 2

| | |
|---|---|
| 1 | intends to submit to the Court shall first be given to the Court's law clerks for filing. In addition, the |
| 2 | Court informed Mr. Wilson that as part of the nomination process of being reappointed to the federal |
| 3 | bench, the Federal Bureau of Investigations was in the process of conducting a background check on |
| 4 | the Court. However, no active civil or criminal investigation was being conducted on the Court. |
| 5 | Dated: November 12, 2002. |

                                                                                         **KIM R. WALMSLEY**
                                                                                             **Law Clerk**