LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

MAR 22 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>DAVINA M. LUJAN, )<br>)<br>Defendants. )<br>_____ ) | CRIMINAL CASE NO. 02-00074 96 rsw<br><br>**UNITED STATES' MOTION TO**<br>**DISMISS COMPLAINT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint, in the above captioned matter, be dismissed, for the reasons that the defendant has entered a guilty plea to an Information on November 13, 2002, under Criminal Case No. 02-00075, which said Information has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this 22nd day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney