LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 22 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00086 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | Re: March 22, 2006 |
| DAVINA M. LUJAN, | ) | United States' Motion to |
| | ) | Dismiss Complaint |
| Defendant. | ) | |

This matter having come before this Honorable Court based on the United State's Motion to Dismiss Complaint in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Complaint be dismissed.

DATE: SEP 22 2006

_____
Morrison C. England, Jr.
Designated Judge
District Court of Guam