LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

SEP 26 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00086 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' APPLICATION TO UNSEAL RECORD** |
| DAVINA M. LUJAN, ) | |
| Defendant. ) | |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-captioned matter, for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain silent.

Respectfully submitted this 26th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ JEFFREY J. STRAND
Assistant U.S. Attorney