1  LEONARDO M. RAPADAS
   United States Attorney
2  JEFFREY J. STRAND
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
5  Fax: (671) 472-7334

6  Attorneys for the United States of America

```
                     FILED
              DISTRICT COURT OF GUAM
                   OCT 17 2006
                 MARY L.M. MORAN
                  CLERK OF COURT
```

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE DISTRICT OF GUAM

9

10

11   UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 02-00086
                                      )
12              Plaintiff,            )
                                      )
         vs.                          )   **ORDER**
13                                    )   **Granting Application to Unseal Case**
     DAVINA M. LUJAN,                 )
14                                    )
                Defendant.            )
15   _____  )

16

17   This matter having come before this Court based on the United States' Application to

18   Unseal Record in the above-captioned matter; and the Court finding good cause for the issuance

19   of the Order;

**IT IS HEREBY ORDERED** that the record herein be unsealed.

20

21

22   DATE: October 17, 2006

                                          _____
23                                        JOAQUIN V. E. MANIBUSAN, JR.
                                          U.S. Magistrate Judge
                                          District Court of Guam